**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X
DONNA M.L.,

                Plaintiff,

  -against-                                              23 **CIVIL** 5143 (JLR)

                                                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 2, 2024, the Court ADOPTS the thorough and well-reasoned Report in its entirety. Judgment is entered in favor of Plaintiff. In light of the clear notice provided in the Report, the lack of any timely objections precludes appellate review of this decision. See Frank, 968 F.2d at 300.

**Dated:** New York, New York

      February 2, 2024

                                                            **RUBY J. KRAJICK**
                                                               Clerk of Court

                                      **BY:** _____
                                                               **Deputy Clerk**